**Order filed, June 11, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00077-CR
_____

**CLYDE JAMES FREEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 09-11-11188-CR**

## ORDER

The reporter's record in this case was due **March 9, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 27, 2012, this court granted the court reporters request for extension of time to file the record until April 26, 2012. On April 30, 2012 this court granted the court reporters request for extension of time to file the record until May 29, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first or second request, the court **GRANTS** your third request and issues the following order.

We order **Jenny Bonnes**, the official court reporter, to file the record in this appeal **on or before June 15, 2012.  No further extension will be entertained**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Jenny Bonnes** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM